## UNITED STATES DISTRICT COURT

Southern District of Florida

| | |
|---|---|
| BLUE REALTY TEAM, LLC, a Florida limited liability company,<br><br>   Plaintiff,<br><br>v.<br><br>THE REMY NETWORK, LLC, a Delaware limited liability company,<br><br>   Defendant. | )<br>)<br>)<br>) Case No.:26-cv-61997-MD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

**To:** THE REMY NETWORK, LLC
  c/o Registered Agent
  W/K Incorporating Services, Inc.
  3500 DuPont Highway
  Dover, Delaware 19901

A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   David P. Milian, Esq.
   THE MILIAN LEGAL GROUP, PLLC
   1395 Brickell Avenue, Suite 800
   Miami, Florida 33131
   Tel: (786) 808-9736
   david@lawmilian.com

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jul 21, 2026

**SUMMONS**

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court